UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM C. BELL | * | CIVIL CASE NO.: |
| | * | |
| | * | JUDGE: |
| Versus | * | |
| | * | MAG. JUDGE: |
| FOSTER WHEELER ENERGY | * | |
| CORPORATION, ET AL | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for General Electric Company, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

GENERAL ELECTRIC COMPANY is a publicly held entity.  General Electric Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

1

Respectfully submitted:

**FRILOT L.L.C.**

*/s/ Peter R. Tafaro*
JOHN J. HAINKEL, III - 18246
ANGELA M. BOWLIN – 20714
JAMES H. BROWN, JR. – 3564
PETER R. TAFARO – 28776
MEREDITH K. KEENAN – 29287
KELSEY A. EAGAN – 35764
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
T: (504) 599-8000; F: (504) 599-8100
**Counsel for General Electric Company**

### CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of December 2015, caused to be served, via hand delivery and/or e-mail, a copy of the foregoing document on all known counsel of record.

*/s/ Peter R. Tafaro*