UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM C. BELL | CIVIL ACTION |
| VERSUS | NO. 15-6394 |
| FOSTER WHEELER ENERGY CORP., et al | SECTION "E" (3) |

### ORDER OF RECUSAL

The undersigned, taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial conduct, and considering that she owns stock in Johnson Controls, which owns 100% York International Corporation, a defendant herein, and must disqualify herself from acting herein because of such relationship to the aforesaid company,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this __9th__ day of December, 2015.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

12/9/15
REALLOTTED TO
**SECT. I**