UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM C. BELL ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 15-6394** |
| **FOSTER WHEELER ENERGY CORP. ET AL.** | **SECTION I** |

### ORDER AND REASONS

Before the Court is Warren Pumps's motion[1] for partial summary judgment. The Court notes that since Warren Pumps filed its motion, the Court has limited each defendant to one summary judgment motion of fifteen pages.[2]

The Court concludes that it would be inequitable to uniquely allow Warren to maintain multiple summary judgment motions. Therefore, the Court will dismiss Warren's motion for partial summary judgment without prejudice. Warren is, of course, free to incorporate any issues contained in the partial motion for summary judgment into Warren's upcoming summary judgment brief.

However, the Court notes that Warren's motion for partial summary judgment raised issues related to standing and damages that are likely common among all defendants. Accordingly, the Court will also grant the defendants leave to file one

---

[1] R. Doc. No. 221.
[2] R. Doc. No. 352, at 19.

joint summary judgment motions addressing maritime law[3] issues relating to standing and damages.

Accordingly,

**IT IS ORDERED** that Warren Pumps's motion for partial summary judgment is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that defendants have permission to file one additional **joint** summary judgment motion of no more than fifteen pages addressing maritime law issues related to standing and damages.  Defendants' motion is due no later than **October 14, 2016**.  Plaintiffs' response, which is also limited to fifteen pages, is due no later than **October 21**, **2016**.

New Orleans, Louisiana, October 7, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[3] Should defendants object to the limitation of a single additional joint motion on maritime issues, they should be prepared to discuss the issue at the October 11, 2016 status conference.